

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2018

No. 04-18-00321-CV

**HIGH PERFORMANCE ROPES OF AMERICA, INC.**, Copper Clad, S.A. de C.V., Luis Angel Alvarez Bilbao, Jose Ramon Alvarez Bilbao, Luis Enrique Alvarez Saiz, Eduardo Alvarez Saiz, Pablo Alvarez Saiz, Alumnclad de Mexico, S.A. de C.V., E M Cable International, S.A. de C.V., and Almanza Business Group, LLC,
Appellants

v.

**CBI LOGISTIC SERVICES L. L. C.**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVF-001798 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

On June 20, 2018, this court notified the court reporter that the reporter's record was late. On June 21, 2018, the court reporter responsible for preparing the reporter's record for this appeal responded to our notice by stating that the reporter's record was not filed because: (1) appellants failed to request the record in writing; and (2) appellants failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellants are not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that: (1) appellants have requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included, *see* TEX. R. APP. P. 34.6(b)(1); and (2) either (a) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (b) appellants are entitled to appeal without paying the reporter's fee. If appellants fail to respond within the time provided, appellants' briefs will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellants' briefs that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

This order does not affect the deadline for the filing of a response to this court's June 8, 2018 order by appellants High Performance Ropes of America, Inc., Copper Clad, S.A. de C.V., Luis Angel Alvarez Bilbao, Jose Ramon Alvarez Bilbao, Luis Enriquez Alvarez Saiz, Eduardo Alvarez Saiz, Pablo Alvarez Saiz, Alumoclad de Mexico, S.A. de C.V., and E M Cable International, S.A. de C.V.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court